

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-20-2007

# USA v. Ayodeji

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4695

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Ayodeji" (2007). *2007 Decisions.* Paper 911.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/911

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-4695

UNITED STATES OF AMERICA

v.

JAMES HILTON AYODEJI,
                                    Appellant


(United States District Court for the Middle District
of Pennsylvania No. 04-cr-00058)


PRESENT:    McKee, Ambro, and Stapleton, Circuit Judges



Motion by Appellee, United States of America, to Retract the Opinion Issued on
January 26, 2007 in the above Captioned Case and to Issue A Redacted Opinion




ORDER
_____

The forgoing Motion is granted.  The not precedential opinion issue on January 26, 2007
is hereby retracted.  A redacted opinion will be issued as the opinion previously issued
contained certain personal data identifiers.  The Clerk is directed to contact the publishers
of the legal reporters and the University of Villanova School of Law regarding the
retraction of this opinion.  The retraction and issuance of a redacted opinion does not
modify the judgment issued by the Court.


                                    By the Court,

                                     /s/ Stapleton
                                    Circuit Judge


Date: June 20, 2007